| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Edith H. | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>06/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>12505 U.S. Courthouse<br>515 Rusk<br>Houston, TX 77002-2600 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. | Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | President | Garland Walker Inn of Court |
| 4. | Trustee | Trust #1 |
| 5. | Co-Trustee | Trust #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▓▓▓▓▓▓▓▓▓▓ - salary |
| 2. | 2013 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law-Federalist Society | 2/20/13 | Philadelphia, PA | Speech | Airfare, Hotel, Misc. travel costs |
| 2. | University of Texas-Federalist Society | 3/2/13 | Austin, TX | Speech | Mileage, Meal |
| 3. | St. Johns University- 21st Annual Duberstein Moot Court Competition | 03/10-12/13 | New York, NY | Panel Judge | Airfare, Hotel, Misc. travel costs |
| 4. | University of Georgia, House Lecture | 03/20/13 | Athens, GA | Speech | Airfare, Hotel, Misc. travel costs |
| 5. | Notre Dame Federalist Society | 04/10/13 | South Bend, IN | Speech | Airfare, Hotel, Misc. travel costs |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Bush Institute's New England H.S. Economic Debate | 08/02/13 | Plymouth Notch, VT | Debate Judge | Meals, Lodging |
| 7. | Hidalgo County Federal Bar Association-Presentation | 11/07/13 | Harlingen, TX | Speech | Airfare, Meal, Misc. travel costs |
| 8. | The Federalist Society-2013 National Lawyers Convention | 11/14-16/13 | Washington, DC | Panelist | Airfare, Hotel, Misc. travel costs |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Bank, N.A. | Portfolio Line of Credit | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | A | Interest | L | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | B | Dividend | K | T | | | | | |
| 7. Dow Chemical - common | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corp | B | Dividend | L | T | Sold (part) | 05/28/13 | K | D | |
| 9. Nestle - common | B | Dividend | K | T | Sold (part) | 05/28/13 | K | D | |
| 10. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11. Putnam New Opportunity Fund A | A | Dividend | J | T | Sold | 03/21/12 | K | C | See Note 1 |
| 12. Intel Corporation | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble | B | Dividend | L | T | | | | | |
| 14. Morgan Stanley Bank | B | Interest | M | T | | | | | |
| 15. GMAC Bonds | B | Interest | L | T | | | | | |
| 16. Potash Corp. Saskatchewan | A | Dividend | | | Sold | 05/28/13 | K | A | |
| 17. Morgan Stanley Bonds | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 19. Pepsico | A | Dividend | K | T | | | | | |
| 20. NCR | | None | J | T | | | | | |
| 21. MS Global Infrastructure Q | B | Interest | K | T | Sold (part) | 05/28/13 | J | A | |
| 22. Am. Inv. Co. (AIVSX) | B | Dividend | L | T | Sold (part) | 05/28/13 | K | B | |
| 23. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 24. Mut. Shares Class B Tax Free | A | Dividend | K | T | Sold (part) | 11/20/13 | J | C | |
| 25. Mut. Shares Class B Tax Free | A | Dividend | K | T | Sold (part) | 12/16/13 | J | C | |
| 26. GPR Energy, LLC | | None | K | U | | | | | |
| 27. Syngenta AG ADR | B | Dividend | L | T | | | | | |
| 28. Toyota | A | Dividend | | | Sold | 05/28/13 | K | D | |
| 29. Magellan Midstream Partners | C | Dividend | M | T | | | | | |
| 30. Verizon Comm | A | Dividend | J | T | | | | | |
| 31. Fidelity Fund (FFFCX) | C | Int./Div. | M | T | | | | | |
| 32. Ford Motor Credit Co. | C | Interest | M | T | | | | | |
| 33. Smucker J M Co | A | Dividend | J | T | | | | | |
| 34. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | Buy | 05/28/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Mlti Ast Ult. (MCFRX) | A | Dividend | M | T | Buy | 05/28/13 | M | | |
| 36. Templeton Global Bond FdC (TEGBX) | C | Dividend | M | T | Buy | 05/28/13 | M | | |
| 37. Goldman Sachs MLP Inc. | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 38. Invesco STIT Money Mkt | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 39. Mainstay Convert. Fund | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 40. Mainstay Lg Cap Growth Fund | A | Dividend | | | Sold | 12/09/13 | J | B | |
| 41. MFS Value Fund | A | Dividend | | | Sold | 12/09/13 | J | B | |
| 42. Thornburg Int'l. Fund | A | Dividend | | | Sold | 10/25/13 | J | A | |
| 43. Ivy High Income Fund | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 44. Pimco Total Rtn Inst'l. | B | Dividend | | | Sold | 12/09/13 | L | A | |
| 45. Templeton Global Bond Fund | B | Dividend | | | Sold | 12/09/13 | J | A | |
| 46. Vanguard Short Term Inv. Grade | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 47. Hartford Foating Rate Fund (X) | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 48. Hartford World Bond Fund | | | | | Buy | 07/24/13 | J | | See Note 2 |
| 49. Hartford World Bond Fund | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 50. Causeway Int'l. Value Fd. | | | | | Buy | 10/23/13 | J | | See Note 2 |
| 51. Causeway Int'l. Value Fd. | A | Dividend | | | Sold | 12/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gateway Fund. Cl. | | | | | Buy | 10/28/13 | J | | See Note 2 |
| 53. Gateway Fund Cl. | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 54. Lazard Int'l. Eqty | | | | | Buy | 10/25/13 | J | | See Note 2 |
| 55. Lazard Int'l. Eqty. | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 56. MFS Value Fund | | | | | Buy | 01/30/13 | J | | See Note 2 |
| 57. MFS Value Fund | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 58. | | | | | | | | | |
| 59. Trust #1 (X) | B | | L | T | | | | | |
| 60. -Invesco Comstock A (ACSTX) | | | | | | | | | |
| 61. -Syngenta AG | | | | | | | | | |
| 62. -Magellan Midstream Partners | | | | | | | | | |
| 63. -GMAC Bonds | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. Trust #2 (X) | G | | P1 | T | | | | | |
| 66. -USAA Cornerstone (USCRX) | | | | | | | | | |
| 67. -Vanguard stock Market Index fund | | | | | | | | | |
| 68. -American Elec Power, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, Edith H. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Bank of America | | | | | | | | | |
| 70. -Coca-Cola | | | | | | | | | |
| 71. -DE Master Blenders | | | | | | | | | |
| 72. -DuPont | | | | | | | | | |
| 73. -Eastman Chemical | | | | | | | | | |
| 74. -Emerson Elec. Co. | | | | | | | | | |
| 75. -Gardner Denver, Inc. | | | | | Sold | 07/31/13 | J | A | |
| 76. -General Electric Co. | | | | | | | | | |
| 77. -Hershey Co. | | | | | | | | | |
| 78. -Hillshire Brands Co. | | | | | | | | | |
| 79. -Nat. Fuel Gas Co. | | | | | | | | | |
| 80. -Pfizer, Inc. | | | | | | | | | |
| 81. -Scana Corp. | | | | | | | | | |
| 82. -Harris County Toll Rd. Bond | | | | | | | | | |
| 83. -Conroe, TX ISD Bond | | | | | | | | | |
| 84. -Spring, TX ISD Bond | | | | | | | | | |
| 85. -AmCap Fund (AMCPX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Puritan Trust (FPURX) | | | | | | | | | |
| 87. -Fidelity Sec's Fd. (FBGRX) | | | | | | | | | |
| 88. -Columbia Funds (AUGAX) | | | | | | | | | |
| 89. -Putnam USG (PGSIX) | | | | | | | | | |
| 90. -Wash. Mut. Inv's Fund (AWSHX) | | | | | | | | | |
| 91. -First Tr. En. Income Fd | | | | | | | | | |
| 92. -Wells Fargo Bank Acct. | | | | | | | | | |
| 93. -Jefferson Bank Acct. | | | | | | | | | |
| 94. -Frost Bank Account | | | | | | | | | |
| 95. -Broadway Bank Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 06/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

Note 1.  Putnam New Op. Fund, line 11, was sold in 2012, but the same was inadvertently omitted from last year's report.

Note 2.  Lines 48, 50, 52, 54, 56, which introduce paired buy/sell transactions in the succeeding lines.  The relevant information is included on both lines pertinent to each mutual fund holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544